**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re:  Margaret M Malinowski | ) | Case no. 14-39689 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge:  Donald R. Cassling |
| | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Margaret M Malinowski  
627 W. Terrace Street  
Villa Park, IL  60181

Sulaiman Law Group  
900 Jorie Blvd #150  
Oak Brook, IL 60523

Please take notice that on Friday, September 18, 2015 at 9:15 am, a representative of this office shall appear before the Honorable Judge Donald R. Cassling at the Kane County Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, IL 60134 and present the motion set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, September 11, 2015.

/s/ Melissa Shanklin  
For:  Glenn Stearns, Trustee

---

**MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to Section 1307(c)(6), and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on October 31, 2014.
2. The debtor plan was confirmed on February 13, 2015.

A Summary of the debtor plan follows:

| | | | |
|---|---|---|---|
| Monthly Payment: | $90.00 | Last Payment Received: | September 04, 2015 |
| Amount Paid: | $1,222.00 | Amount Delinquent: | $433.30 |

WHEREFORE, the Trustee prays that this case be dismissed for material default by the debtor with respect to the term of a confirmed plan, pursuant to Section 1307(c)(6).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee  
801 Warrenville Road, Suite 650  
Lisle, IL  60532-4350  
Ph: (630) 981-3888

/s/  Carolyn A. Suzzi  
For:  Glenn Stearns, Trustee