UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Margaret M. Malinowski a/k/a Margaret Malinowski, a/k/a Margaret Russo<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 14-39689<br><br>Judge Donald R. Cassling |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

    PLEASE TAKE NOTICE THAT ON January 8, 2016 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, Kane County Courthouse, in Room 240, 100 South 3rd Street, Geneva Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

## CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 22, 2015 with proper postage prepaid.

                                              Pierce & Associates, P.C.

| | |
|---|---|
| *THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE* | /s/ Yanick Polycarpe<br>Yanick Polycarpe<br>ARDC# 6237892<br>1 N. Dearborn St. Suite 1300<br>Chicago, IL 60602<br>(312) 346-9088 |

## NOTICE OF MOTION ADDRESSES

To Trustee:
Glenn B. Stearns
801 Warrenville Rd
Suite 650
Lisle, IL 60532
**by Electronic Notice through ECF**

To Debtor:
Margaret M. Malinowski
627 W. Terrace St.
Villa Park, IL 60181
**by U.S. Mail**


To Attorney:
Charles L. Magerski
900 Jorie Boulevard Suite 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**


Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

251473

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Margaret M. Malinowski a/k/a Margaret Malinowski, a/k/a Margaret Russo<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 14-39689<br><br>Judge Donald R. Cassling |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES M&T Bank, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 627 W. Terrace St., Villa Park, IL 60181, be Modified, stating as follows:

1. On October 31, 2014, the above captioned Chapter 13 was filed.

2. On February 13, 2015, the above captioned Chapter 13 was confirmed.

3. M&T Bank services the first mortgage lien on the property located at 627 W. Terrace St., Villa Park, IL 60181.

4. The Plan calls for the debtor to be the disbursing agent for the post-petition mortgage payments directly to M&T Bank. Post-petition payments are $1,178.37

5. The post-petition mortgage payments are due and owing for November 2015. The default to M&T Bank is approximately $3,106.51 through December 2015, including attorney's fees and costs of this motion.

6. The plan is in material default.

7. M&T Bank continues to be injured each day it remains bound by the Automatic Stay.

8. M&T Bank is not adequately protected.

9. The property located at 627 W. Terrace St., Villa Park, IL 60181 is not necessary for the debtor's reorganization.

10. The debtor has no equity in the property for the benefit of unsecured creditors.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 627 W. Terrace St., Villa Park, IL 60181, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to M&T Bank to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

M&T Bank

/s/ Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088